Fill in this information to identify the case:

| Debtor 1 | Thomas Kelm |
|---|---|
| Debtor 2 (Spouse, if filing) | Julie Kelm |

United States Bankruptcy Court for the __Northern__ District of __Illinois__
                                                              (State)

Case number      19-18840

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002. 1.

**Name of creditor:**    Quicken Loans Inc.          **Court claim no.** (if known): _____2_____

**Last 4 digits** of any number you use to identify the debtor's account:          1690

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■  No
☐  Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1.   Late Charges | | (1) $ |
| 2.   Non-sufficient funds (NSF) fees | | (2) $ |
| 3.   Attorney fees | Plan Review 7/8/19 | (3) $          150.00 |
| 4.   Filing fees and court costs | | (4) $ |
| 5.   Bankruptcy/Proof of claim fees | Proof of Claim 7/23/19 | (5) $          400.00 |
| 6.   Appraisal/Broker's price opinion fees | | (6) $ |
| 7.   Property inspection fees | | (7) $ |
| 8.   Tax advances (non-escrow) | | (8) $ |
| 9.   Insurance advances (non-escrow) | | (9) $ |
| 10.  Property preservation expenses. Specify:_____ | | (10) $ |
| 11.  Other. Specify: | | (11) $ |
| 12.  Other. Specify: | | (12) $ |
| 13.  Other. Specify: | | (13) $ |
| 14.  Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Thomas Kelm | | | Case Number (if known) | 19-18840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2.   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Kenneth W. Bach                                    Date        08/13/2019
     Signature

Print        Kenneth W. Bach                              Title    Attorney for Creditor
             First Name       Middle Name      Last Name

Company      Johnson, Blumberg & Associates, LLC

Address      230 W. Monroe, Ste. 1125
             Number            Street

             Chicago, IL 60606
             City                        State      ZIP Code

Contact Phone    312-541-9710              Email    kennethb@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Thomas Kelm
Julie Kelm

           Debtors

Bankruptcy No. 19-18840
Judge Pamela S. Hollis (Joliet)
Chapter: 13

## CERTIFICATE OF SERVICE

TO:    Thomas Kelm, 1007 Valley Lane, Lockport, IL 60441
       Julie Kelm, 1007 Valley Lane, Lockport, IL 60441
       Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
       Justin R. Storer, Bauch & Michaels LLC d/b/a Lakelaw, 53 W. Jackson Boulevard, Suite
       1115, Chicago, IL 60604
       Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873,
       Chicago, IL 60604

I,  Kenneth W. Bach, an attorney, certify that I served the attached Notice of Postpetition
Mortgage Fees, Expenses, and Charges by mailing a copy to the Debtors named above at the
addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at
230 W. Monroe, Chicago, IL 60606 on August 13, 2019.  The remaining parties were served by
the CM/ECF electronic noticing system.

           /s/ Kenneth W. Bach
            Kenneth W. Bach,  IL ARDC 6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

### NOTICE:
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE